## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Daniel R. Galanaugh, Jr.<br>                              Debtor(s)<br><br>US BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY, its successors and/or assigns<br>                              Movant<br>      vs.<br><br>Daniel R. Galanaugh, Jr.<br>                              Debtor(s)<br><br>William C. Miller Esq.<br>                              Trustee | CHAPTER 13<br><br><br><br><br>NO. 18-13708 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Entry of Appearance of PENNSYLVANIA HOUSING FINANCE AGENCY, which was filed with the Court on or about **August 2, 2018**; **Docket #14.**

                                                            Respectfully submitted,

                                                            **/s/ Rebecca A. Solarz, Esquire**
                                                            Rebecca A. Solarz, Esquire
                                                            KML Law Group, P.C.
                                                            BNY Mellon Independence Center
                                                            701 Market Street, Suite 5000
                                                            Philadelphia, PA  19106
                                                            412-430-3594

August 9, 2018