**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Daniel R. Galanaugh, Jr.<br>           <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 18-13708 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of US BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

              Respectfully submitted,

              **/s/ Rebecca A. Solarz, Esq.**
              Rebecca A Solarz, Esquire
              KML Law Group, P.C.
              701 Market Street, Suite 5000
              Philadelphia, PA 19106-1532
              (215) 627-1322