# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                              Chapter 13

                                              Bankruptcy No. 18-13708-MDC

DANIEL R GALANAUGH, JR.

12484 SWEETBRIAR ROAD

PHILADELPHIA, PA 19154

      Debtor

## **CERTIFICATE OF SERVICE**

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    DANIEL R GALANAUGH, JR.

    12484 SWEETBRIAR ROAD

    PHILADELPHIA, PA 19154

Counsel for debtor(s), by electronic notice only.

    DIANA M DIXON ESQUIRE
    107 N BROAD ST
    SUITE 307
    DOYLESTOWN, PA 18901

Date: 8/23/2018

                                                /S/ William C. Miller
                                                _____
                                                William C. Miller, Esquire
                                                Chapter 13 Standing Trustee