# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-13708-MDC

DANIEL R GALANAUGH, JR.

12484 SWEETBRIAR ROAD

PHILADELPHIA, PA 19154

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
DANIEL R GALANAUGH, JR.

12484 SWEETBRIAR ROAD

PHILADELPHIA, PA 19154

**Counsel for debtor(s), by electronic notice only.**
DIANA M DIXON ESQUIRE
107 N BROAD ST
SUITE 307
DOYLESTOWN, PA 18901

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

    /s/ William C. Miller

Date: 9/24/2018

    _____
    William C. Miller, Esquire
    Chapter 13 Standing Trustee