**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DANIEL R GALANAUGH, JR.                              Chapter 13

        Debtor                    Bankruptcy No. 18-13708-MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this ___13th___ day of ___December___, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DIANA M DIXON ESQUIRE
107 N BROAD ST
SUITE 307
DOYLESTOWN, PA 18901

Debtor:
DANIEL R GALANAUGH, JR.

12484 SWEETBRIAR ROAD

PHILADELPHIA, PA 19154