United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-13708-mdc
Daniel R. Galanaugh, Jr.                                              Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Christina          Page 1 of 2              Date Rcvd: Dec 13, 2018
                            Form ID: pdf900          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2018.
```
db          +Daniel R. Galanaugh, Jr.,   12484 Sweetbriar Road,   Philadelphia, PA 19154-1318
14117293     Becket and Lee, LLP,   Bankruptcy Department,   PO Box 3001,   Malvern, PA 19355-0701
14117296    +EOS CCA,   700 Longwater Drive,   Norwell, MA 02061-1624
14117295    +Emergency Care Services of PA, P.C.,   St. Mary Medical Center,   PO Box 1123,
              Minneapolis, MN 55440-1123
14117297     Financial Recoveries,   PO Box 1388,   Mount Laurel, NJ 08054-7388
14117299     HSBC Card Services,   PO Box 81622,   Salinas, CA 93912-1622
14117300    +KML Law Group, P.C.,   Thomas I. Puleo, Esq.,   BNY Mellon Independence Center,
              701 Maket Street, Suite 5000,   Philadelphia, PA 19106-1541
14178096     Main Street Acquisition Corp.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
14117301    +Main Street Acquisition Corp.,   PO Box 9201,   Old Bethpage, NY 11804-9001
14117303    +NOVAD Management Consulting, LLC,   2401 N.W. 23rd Street,   Suite 1 A,
              Oklahoma City, OK 73107-2423
14117304    +Tri-Hampton Rescue Squad,   1440 Bridgetown Pike,   Feasterville Trevose, PA 19053-2397
14117305    +U.S. Dept. of Housing an& Urban Develop.,   451 7th Street S.W.,   Washington, DC 20410-0002
14179718    +US BANK NATIONAL ASSOCIATION ( TRUSTEE FOR THE PEN,   211 North Front Street,
              Harrisburg, PA 17101-1406
14117306    +US Bank, NA  Trustee,   PA Housing Finance Agency,   211 North Front  Street,
              Harrisburg, PA 17101-1406
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Dec 14 2018 03:12:22    City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2018 03:11:27
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2018 03:12:16    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2018 03:13:32    Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14117289     E-mail/Text: EBNProcessing@afni.com Dec 14 2018 03:12:01    AFNI,   PO Box 3427,
              Bloomington, IL 61702-3427
14117292     E-mail/Text: g20956@att.com Dec 14 2018 03:12:53    AT&T Mobility,   PO Box 537104,
              Atlanta, GA 30353-7104
14117290    +E-mail/Text: ally@ebn.phinsolutions.com Dec 14 2018 03:10:56    Ally Financial,
              PO Box 380901,   Minneapolis, MN 55438-0901
14117291    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 14 2018 03:14:00    American Infosource, LP,
              as Agent for Verizon,   PO Box 248838,   Oklahoma City, OK 73124-8838
14235928     E-mail/Text: megan.harper@phila.gov Dec 14 2018 03:12:22    City of Philadelphia,
              Law Department  Tax & Revenue Unit,   Bankruptcy Group, MSB,
              1401 John F. Kennedy Blvd., 5th Floor,   Philadelphia, PA  19102-1595
14117294    +E-mail/Text: megan.harper@phila.gov Dec 14 2018 03:12:22
              City of Philadelphia Law Dept, Tax Unit,   Bankruptcy Group,
              1401 John F. Kennedy Blvd. 5th Floor,   Philadelphia, PA 19102-1617
14117298    +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2018 03:14:21    GE Capital Retail Bank,
              ATTN: Bankruptcy Department,   PO Box 965061,   ORLANDO 32896-5061
14117302    +E-mail/Text: bankruptcydpt@mcmcg.com Dec 14 2018 03:11:53    Midland Funding, LLC,
              2365 Northside Drive,   Suite 300,   San Diego, CA 92108-2709
14117926    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2018 03:13:50
              PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14180093    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 14 2018 03:13:35    Verizon,
              by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14117307    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 14 2018 03:10:51
              Verizon,   500 Technology Drive,   Saint Charles, MO 63304-2225
                                                                                              TOTAL: 15
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Christina                Page 2 of 2                   Date Rcvd: Dec 13, 2018
                              Form ID: pdf900                Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
          DIANA M. DIXON    on behalf of Debtor Daniel R. Galanaugh, Jr. dianamdixonesq@gmail.com
          LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          REBECCA ANN SOLARZ    on behalf of Creditor    US BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DANIEL R GALANAUGH, JR.    Chapter 13

Debtor    Bankruptcy No. 18-13708-MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this ___13th___ day of ___December___, 201_8_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DIANA M DIXON ESQUIRE
107 N BROAD ST
SUITE 307
DOYLESTOWN, PA 18901


Debtor:
DANIEL R GALANAUGH, JR.

12484 SWEETBRIAR ROAD

PHILADELPHIA, PA 19154